LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant EDUCATIONAL CREDIT MANAGEMENT CORPORATION

**Signed: July 21, 2009**



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>HOYT W. DINGWALL,<br>　　　　　Debtor. | Case No. 09-10987<br>Adv. No. 09-1068 |
| HOYT W. DINGWALL,<br>　　　　　Plaintiff,<br>　　v.<br>AMERICAN STUDENT ASSISTANCE, SALLIE MAE,<br>　　　　　Defendants. | **ORDER** |

　　　IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, EDUCATIONAL CREDIT MANAGEMENT CORPORATION ("ECMC") is added as a party defendant pursuant to Federal Rule of Civil Procedure 25(c) American Student Assistance is dismissed.

　　　　　　　　　　***END OF ORDER***